IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN W COLLEY**, *by and through his Attorney-in-Fact, John R. Colley*, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 1:25-00346-KD-N ) |
| **CITY OF ORANGE BEACH, ALABAMA**, *et al.*, Defendants. | ) ) ) ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge, (Doc. 46), dated November 5, 2025—made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)—is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) filed November 3, 2025, (Doc. 40), by Defendants Encore Rehabilitation, Inc. and David Nix, and joined by Defendant Ryan A. Forbess, MD (*see* Doc. 42), is **DENIED**.

**DONE** and **ORDERED** this the **2nd** day of **December** 2025.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**