**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOHN W. COLLEY, by and through his Attorney-in-Fact John R. Colley, JOHN R. COLLEY, and KELLY C. COLLEY,** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **Civil Action No. 25-00346-KD-N** |
| **CITY OF ORANGE BEACH, ALABAMA, *et al*,** | ) | |
| **Defendants.** | ) | |

**ORDER**

This action is before the Court on the joint Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(2) filed by Plaintiffs John W. Colley, by and through his Attorney-in-Fact, John R. Colley; John R. Colley; and Kelly C. Colley and Defendant Ryan A. Forbess, M.D. (doc. 78).

Fed. R. Civ. P. 41(a)(2) provides for voluntary dismissal by court order and states that "[e]xcept as provided in Rule 41(a)(1),[1] an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Also, all claims against one defendant in a multi-defendant case may be voluntarily dismissed. See Klay v. United Healthgroup, Inc., 376 F.3d 1092, 1106 (11th Cir. 2004) ("[Fed. R. Civ. P.] 41 allows a plaintiff to dismiss all of his claims against a particular defendant ....").

Plaintiffs and Dr. Forbess request an order to dismiss Dr. Forbess with prejudice from this action with costs taxed as paid. The sole claim against Dr. Forbess is found in Count XI

[1] Rule 41(a)(1) provides for voluntary dismissal of an action by the plaintiff without a court order if certain conditions are met. A notice of voluntary dismissal is effective when filed.

(doc. 36, p. 85). Plaintiffs claim negligence and recklessness against Dr. Forbess and David Nix, in their individual capacity and as officers or employees of the Orange Beach City Schools.

Upon consideration of the Motion, Rule 41(a)(2) and Klay, the joint Motion is GRANTED. Accordingly, this action is dismissed with prejudice as to Defendant Ryan A. Forbess M.D. with costs taxed as paid, as terms the Court considers proper.

The Clerk is directed to terminate Dr. Forbess as a defendant in this action.

**DONE** and **ORDERED** this 23rd day of September 2026.

**s/Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**